IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                    CASE NO.  4:99cr00054-01 JMM

ROY LEE RUSSELL

ORDER

Defendant appeared this date for his initial appearance on the motion to revoke supervised release (docket entry #162). Based on statements by Defendant, it is determined that he is financially unable to hire counsel to represent him for these proceedings. Mr. Jerome Kearney is hereby appointed to represent Defendant in the supervised release revocation proceedings.

The defendant advised the Court that he is scheduled to appear on the charges filed against him, one of the allegations of violation of his supervised release, on August 19, 2007. The final hearing on the motion to revoke supervised release will be scheduled on a date after the charges against him have been resolved.

Defendant is released from the custody of the United States Marshal on the same conditions of his supervised release and as an additional condition of his supervised release, Defendant is not to have any contact with the alleged victim of the crime for which he is charged until further notice of this Court.

Defense counsel is directed to provide Defendant with a copy of this Order.

The Clerk is directed to provide a copy of this Order to the United States Marshal and the United States Probation.

IT IS SO ORDERED THIS 26th day of July, 2007.

*James M. Moody*
UNITED STATES DISTRICT JUDGE