IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                    CASE NO. 4:99cr00054-01 JMM

ROY LEE RUSSELL

ORDER

The judgment entered in the above case (DE #179) indicated that a separate order clarifying the amount of restitution would be entered. The total amount of restitution ordered during the hearing on the motions to revoke supervised release ($26,253.00) was the amount entered in the order February 8, 2000 (DE #116). The total in this order was incorrect. After confirming the amount owed to the payees with the Assistant United States Attorney ($36,253.44) and the amount received by the Finance Section of the Clerk's office ($895.27), the total amount of restitution now owed is $35,358.17. The amount owed to the Federal Bureau of Investigation is $14,400.00 and the amount owed to the Arkansas State Police is $20,958.17.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office, the United States Marshals Office and the Financial Section of the Clerk's office.

IT IS SO ORDERED this 18th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE